IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**FRANKIE JEAN COLLINS, as**
**Biological Daughter and on behalf of the Wrongful**
**Death Beneficiaries of ELNORA PARRETT, Deceased,**

    Plaintiffs,

vs.                                            Civil Action No. 2:12-cv-02953-JPM-tmp

**SOUTH PARKWAY ASSOCIATES, L.P. d/b/a**
**PARKWAY HEALTH & REHABILITATION CENTER,**

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now Plaintiff, Frankie Jean Collins, and Defendant, South Parkway Associates, L.P., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate that the matters in controversy between them have been compromised and settled such that the instant cause should be dismissed, with prejudice, with Defendant being responsible for the statutory court costs assessed by the Clerk of the Circuit Court of Tennessee for the Thirtieth Judicial District at Memphis in connection with the initial filing of this lawsuit, but with each party being responsible for its own discretionary costs under Rule 54 of both the Federal and Tennessee Rules of Civil Procedure.

    /s/ Parke S. Morris
Parke S. Morris (BPR #018145)
50 Frazier Avenue, Suite 300
Chattanooga, Tennessee  37405
(423) 444-9125

*Attorney for Plaintiffs*

        /s/ Stephen D. Crawley
        Stephen D. Crawley (BPR #11454)
        130 North Court Avenue
        Memphis, Tennessee 38103
        (901) 524-5000

        *Attorney for Defendant*
        *South Parkway Associates, L.P.*

### **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing has been served on Parke S. Morris, Esq., 50 Frazier Avenue, Suite 300, Chattanooga, Tennessee 37405, via U.S. Mail, postage prepaid, on this the 12th day of June, 2013.

        /s/ Stephen D. Crawley
        Stephen D. Crawley