```
              UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                  WESTERN DIVISION AT MEMPHIS
```
_____

```
FRANKIE JEAN COLLINS, as      )
Biological Daughter and       )
on behalf of the Wrongful     )
Death beneficiaries of        )
ELNORA PARRETT, deceased,     )
                              )
     Plaintiff,               )
                              )
v.                            )    2:12-cv-2953-JPM-tmp
                              )
SOUTH PARKWAY ASSOCIATES,     )
L.P., d/b/a PARKWAY HEALTH &  )
REHABILITATION CENTER,        )
                              )
     Defendant.               )
```
_____

**JUDGMENT**

_____

**JUDGMENT BY COURT.** This action having come before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (ECF No. 10), filed June 12, 2013,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and in accordance with the Joint Stipulation of Dismissal (ECF No. 10), all claims by Plaintiff against Defendant be and hereby are **DISMISSED WITH PREJUDICE.** Defendant is responsible for the statutory costs assessed by the Clerk of the Circuit Court of Tennessee for the Thirtieth Judicial District at Memphis in connection with the initial filing of this lawsuit, and each party shall bear its own discretionary costs under Federal Rule of Civil Procedure 54 and Tennessee Rule of Civil Procedure 54.

APPROVED:

s/ JON P. McCALLA
_____
CHIEF U.S. DISTRICT JUDGE

June 12, 2013
_____
Date